IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

ARRIVALSTAR S.A. and MELVINO
TECHNOLOGIES LIMITED,

    Plaintiffs,

vs.

                              **Case No. 1:12-cv-23979**

DEWALT INDUSTRIES, INC.,

    Defendant.
_____/

**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs ArrivalStar S.A. and Melvino Technologies Limited, hereby notify this Court and all parties that they voluntarily dismiss, **with prejudice**, all claims against Defendant, with all parties to bear their own costs and attorneys' fees.

Dated: November 19, 2012.                          Respectfully submitted,

                                                          /s/ William R. McMahon
                                                          William R. McMahon, Esquire
                                                          Florida Bar Number: 39044
                                                          McMahon Law Firm, LLC
                                                          11435 West Palmetto Park Road
                                                          Suite E
                                                          Boca Raton, Florida 33428
                                                          Telephone: 561-218-4300
                                                          Facsimile: 561-807-5900
                                                          E-Mail: bill@mlfllc.com
                                                          **Attorney for Plaintiffs**